Del Lange TDCJ# 917615
Wynne Unit
810 FM 2821
Huntsville, Texas 77349



RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 28 2015
Abel Acosta, Clerk

Court of Criminal Appeals
Att: Court Clerk, Court Administrator, Honorable Judge Acosta, Clerk
P.O. 12308, Capital Station
Austin, Texas 78711

Re: Del Eugene Lange V. State, Court of Criminal Appeals
Cause No. WR-67,650-01; Trial Court No. 26,664-361-A.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

August 23, 2015

Dear Said Court Officials,

Greetings!! Due to the sudden and unexpected death of my Habeas Counsel and the pursuit of my pro se habeas process thereafter, I am in need of the following documents that are in your actual or constructive possession.

1). Court Docket Sheet;
2). Any correspondence my Habeas Counsel had with any Court official including but not limited to, notes, Calenders, and any other items of such;
3). My habeas counsel before he died, stated that he was told by the court that my habeas petition was denied for the following reason; "no one argued the point.". Are there any documents in the court's possession that is relative to that statement, including but not limited to, findings of facts and conclusions of law, correspondences, emails ect...?

If there is any cost associated with my request could you please write me back and let me know the total amount. Please respond as soon as practical. Thank you so much for your help with this matter. Have a great day!!!

Del Lange